IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| THE UNION CENTRAL LIFE INSURANCE COMPANY | : | Case No. 1:11-CV-66 |
| Plaintiff, | : | Spiegel, J. |
| vs. | : | Litkovitz, M.J. |
| JAY H. MULEIN | : | AGREED ORDER AND ENTRY OF JUDGMENT AGAINST DEFENDANT JAY H. MULEIN |
| Defendant. | : | |

Come now the parties and hereby state they have agreed to amicably resolve the matters and controversies set forth in the Plaintiff The Union Central Life Insurance Company's ("Plaintiff") complaint filed against Defendant Jay H. Mulein ("Defendant") in the above proceeding. In accordance with the agreement of the parties, the Court hereby awards judgment in favor of Plaintiff against Defendant in the amount of $195,801.05, plus post-judgment interest at the maximum rate allowed by law and costs.

**IT IS SO ORDERED**

_Karen L. Litkovitz_    1/31/2012
Judge                          Date

1

Approved:

*[signature]*

John F. Kirtley II, Esq. (0077757)
**AMERITAS LIFE INSURANCE CORP.**
Law and Corporate Relations Department
1876 Waycross Road
Cincinnati, OH 45240
(513) 595-2338 (office)
(513) 595-2918 (fax)
(513) 833-1951 (mobile)
jkirtley@ameritas.com
*ATTORNEY FOR PLAINTIFF*
*THE UNION CENTRAL LIFE INSURANCE COMPANY*


/s/ J. Thomas Hodges
J. Thomas Hodges (0082511)
810 Sycamore St., Ste. 211
Cincinnati, OH 45202
(513) 421-8454 (telephone)
(513) 621-8703 (fax)
tom@jthlaw.com
*Counsel for Jay H. Mulein*


*J:\JFKSHARE\Distribution\DEBT\COLLECTION\Mulein\UCL v. Mulein\Mulein Agreed order and entry of judgment and stay of execution.doc*